980 So.2d 691 (2008)
Larry Voyd THOMAS and Linda Newcomer Thomas
v.
Glen SHERIDAN, Aubrey Jones and the Parish of Washington.
No. 2008-C-0563.
Supreme Court of Louisiana.
May 9, 2008.
In re Jones, Aubrey Sheriff;  Defendant; Applying for Writ of Certiorari *692 and/or Review, Parish of Washington, 22nd Judicial District Court Div. C, No. 89,747; to the Court of Appeal, First Circuit, No. 2007 CA 1291.
Denied.
VICTORY, J., would grant.
TRAYLOR, J., would grant.
WEIMER, J., would grant.